NORVACK, Respondent, v. LIEHBACHER et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Frederick Norvack against Gottlieb Liehbacher and another. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

OCHIATO, Respondent, v. FINKELSTEIN, Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Antonio Ochiato against Herman Finkelstein. No opinion. Judgment and order unanimously affirmed, with costs.

O'CONNOR v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by John P. O'Connor, as administrator, etc., against the City of New York. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 120 App. Div. 875, 879, 105 N. Y. Supp. 1134.

In re O'REILLY. (Supreme Court, Appellate Division, First Department. June 23, 1911.) In the matter of Daniel O'Reilly, an attorney. No opinion. Respondent disbarred. Settle order on notice.

ORTNER, Respondent, v. TOWN OF DARIEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by Mary Ortner against the Town of Darien.
PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held: First. That the testimony of defendant's witnesses, Drs. Johnson and Morse, in reference to their examination of plaintiff's physical condition with and in the presence of plaintiff's physician, Dr. Hummel, was competent, and its exclusion presents reversible error. See Capron v. Douglass, 193 N. Y. 11, 85 N. E. 827, 20 L. R. A. (N. S.) 1003. Second. That the holding of the trial court as matter of law that plaintiff, within the period required by statute, presented to the supervisor of defendant a verified statement of her claim against the town, was erroneous.
McLENNAN, P. J., concurs, upon the further ground that the defendant was not shown guilty of actionable negligence.

OTTO et al., Appellants, v. KELLOGG et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by John Otto, Jr., and others against Spencer Kellogg and another. No opinion. Judgment and order affirmed, with costs.

PACE et al., Respondents, v. FRANK C. STRICK & CO., Limited, Appellant. Supreme Court, Appellate Division, Second Department. July 27, 1911. Action by Dominick Pace and another, as copartners, etc., against Frank C. Strick & Co., Limited.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
THOMAS, J., dissents.

PALMER, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Action by Frank B. Palmer, as administrator, etc., of Jeannette H. Palmer, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Motion denied, without costs. See, also, 129 N. Y. Supp. 658.

PANCOAST, Respondent, v. TRAVELERS' INS. CO., Appellant. (Supreme Court, Appellate Division. Fourth Department. July 11, 1911.) Action by Helen W. Pancoast against the Travelers' Insurance Company. No opinion. Judgment affirmed, with costs.

PANKEN v. HOLLY et al. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Jacob Panken against Henry H. Holly and others. No opinion. Motion granted, unless appellant comply with terms stated in order. Order filed.

PARKER SHEET METAL WORKS v. PARKER. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by the Parker Sheet Metal Works against Jeannie Parker, as executrix. No opinion. Motion denied, without costs. Order filed.

PARKER SHEET METAL WORKS v. PARKER. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by the Parker Sheet Metal Works against Jeannie Parker, as executrix. No opinion. Motion denied, with $10 costs. Order filed.

PARKS, Appellant, v. KNICKERBOCKER TRUST CO., Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by John H. Parks against the Knickerbocker Trust Company. J. B. Stanchfield, for appellant. L. F. Doyle, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 137 App. Div. 719, 122 N. Y. Supp. 521.

PEARSALL, Respondent, v. ROBBINS et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Action by Francis Pearsall against Peter Robbins and others. No opinion. Judgment modified, by striking out the provision for costs, and, as modified, affirmed, with costs.

In re PEIRCE. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) In the matter of the application of Thomas O. Peirce for admission to the bar. No opinion. Application granted.

PEOPLE v. ALVAREZ. (Supreme Court, Appellate Division, First Department. July 7,